☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05-26-2021**     X _____
                                    Signature of individual signing on behalf of debtor

                                  **William Hynes**
                                  Printed name

                                  **Manager**
                                  Position or relationship to debtor

Debtor name   **120 York, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   **1:21-bk-00945**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................    $    **15,000,000.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................    $    **13,851,809.64**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................    $    **28,851,809.64**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **13,186,832.84**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **81,502.73**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    **30,624.89**

4. **Total liabilities** .......................................................................................
    Lines 2 + 3a + 3b      $    **13,298,960.46**

Debtor name    **120 York, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **1:21-bk-00945**

☐ Check if this is an
amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Fulton Bank** | | | **$9,189.34** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$9,189.34**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 12,620.30 | - | 0.00 | = .... | $12,620.30 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$12,620.30** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

     ■ No.  Go to Part 5.
     ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

     ■ No.  Go to Part 6.
     ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment and Furniture, Studio Equipment (See Attached)** | **$0.00** | | **$230,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

| 43. | **Total of Part 7.** | | **$230,000.00** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Brand/Make | Model | Description |
|---|---|---|
| Ocean Way | H2R Mon Syst | large far field monitors(pair) |
| OSC | RMX5050 | Power amplifier |
| QSC | RMX1850HD | Power Amplifier |
| Pass Labs | XA30.5 | Class A 30W power amp |
| Adams | S4XH | Midfield Monitor |
| Meyer Sound | UMS-1 | compact subwoofer |
| Sound Anchor | ADJ1 | 44' Monitor Stands |
| Aviom | AN16IV2 | 16ch line input module |
| Aviom | A16DPRO | A-Net 16ch distributor |
| Aviom | A360 | 36ch personal mixer |
| Aviom | MT1A | mic stand mount (for A360s) |
| Atlas | MS12C | round base mic stand |
| Sony | MDR7506 | Headphones |
| Shure | SRH840 | headphones |
| Beyer | DT770Pro-80 | headphones |
| Ultrasone | HFI | open back headphones |
| RAXXES | NG1F4428 | 44unit gangable rack |
| Furman | ASD120 | 120V power distributor |
| Furman | PLPUSC | 15Amp pow cond w/vol |
| Neve | PL31073-CV | 1ch preamp w/EQ |
| Neve | PL31084 | 1ch preamp w/EQ |
| Neve | AM5033 | 1073/1084 5Urack w/pwr |
| Chandler | TG2 | Stereo mic Pre |
| Millennia | HV37 | 2Ch preamp |
| GML | 82002CJ | 5band parametric EQ |
| Manley | SPEQ | StereoPultec EQ |
| Chandler | Germanium Tone Control | EQ |
| API | 550A | Parametric EQ |
| API | API560 | 10 Band graphic EQ |
| API | 525 | Comp/Limiter |
| Emperical Labs | EL8X/S Distressor | Compressor (stereo pair) |
| Chandler | TG1 | Stereo Comp |
| Universal Audio | LA2A | Compressor/Limiter |
| Purple Audio | MC77 | 1176 style FET Comp |
| Neve | 33609 | Stereo Comp |
| GML | 8900 | 2ch comp |
| Avid | Pro Compressor | Software Comp |
| Avid | Pro Expander | Software expander |
| Avid | VSSD Pro Limiter | Software limiter |
| Digidesign | VSSD Real tape | Software Tape Suite |
| Digidesign | VSSD reverb 1 | Software reverb |
| Digidesign | VSSD Revibe | Software |
| Digidesign | VSSD Sound replacer | Software |
| Steven Slate Drums | Plate 4.0 | Software drum instrument |
| Avid | Protools mac keyboard | keyboard |
| Kensington | Expert Mouse Pro | trackball mourse |
| Countryman | DT85 | FET Active Direct Box |
| Radial | JDI MKII | Passive Direct Box |
| Bricasti | M10/M7M Reverb | outboard reverb fx |
| TC | Mainframe W/DIGI I/O+Icon | DSP high end reverb |
| TC | ADA 24/96 converter card | analog-digital-analog converter |
| TC | Multichannel mastering license | |
| Lexicon | PCM96 | Stereo Reverb |
| AKG | C414 XLS | Condenser  Mic |
| AKG | C535EB | Condenser Mic |
| AKG | D112 | Dynamic |
| Beyer | m160 | Ribbon hypercardioid |
| Bock | 251 | tube condenser mic w/power supply |
| Coles | 4038MP | Ribbon mic (pair) |
| Ev | Re20 | Dynamic Mic |
| Ev | 309A | suspension shock mount |
| Neumann | SKM184MT | stereo mic set (pair) |
| Neumann | U89i | Condenser mic |
| Royer | R121 | Ribbom mic (stereo pairs) |
| Sennheiser | MD441U | Supercardiod dynamic |
| Sennheiser | MKH8040 | Condenser |
| Shure | SM57 | dynamic mic |
| Shure | SM58 | dynamic mic |
| Shure | Beta 52A | dynamic mic |
| Shure | SM81 | condenser |
| Shure | SM7B | studio vocal mic |
| Sterling | ST6050 Ocean Way edition | FET condenser mic |
| Yamaha | SKRM100 | Subkick |
| Atlas | SB36W | Microphone stand w/boon |
| DRPro | MS151oBK/DR210 | Tripod boom mic stand |

| | | |
|---|---|---|
| DRPro | MS1500BK/DR259 | Low profile mic stand w/boom |
| Mogami | PJM2400 | 24in patch cable (TT-TT) |
| Mogami | PJM1800 | 18in patch cable (TT-TT) |
| Mogami | Gold 15ft mic cable | 15ft xlrm-xlrf mic cable |
| Mogami | Gold 25ft mic cable | 25ft xlrm-xlrf mic cable |
| Mogami | Gold 50ft mic cable | 50ft xlrm-xlrf mic cable |
| Mogami | Gold intrument cable 18 | 18ft TR-TR cable |
| Mogami | Gold instrument cable 25 | 25ft TR-TR cable |
| Solid State Logic | Duality | Super analog 48ch mixing console |
| | | |

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 55.1. | **210 York Street**<br>**York, Pennsylvania** | **Fee simple** | **$0.00** | | **$15,000,000.00** |
| 55.2. | **Residential Real Estate (Rental Property)** | | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                             **$15,000,000.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

                             Current value of debtor's interest

71.    **Notes receivable**
         Description (include name of obligor)

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|
| | Description (for example, federal, state, local) |

| 73. | **Interests in insurance policies or annuities** |
|---|---|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|---|---|

**Litigation against United Fiber & Data for rent arreage**                                            $13,500,000.00

| Nature of claim | **Rent Arrearages and Accelerated Rent** |
|---|---|
| Amount requested | **$0.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

**Peter Howson Painting**                                                                              $100,000.00

| 78. | **Total of Part 11.** | $13,600,000.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$9,189.34** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$12,620.30** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$230,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................................................................> | | **$15,000,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$13,600,000.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$13,851,809.64** + 91b. | **$15,000,000.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$28,851,809.64** |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

| | |
|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | |

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** **Kinsley Construction** <br> Creditor's Name <br><br> **2700 Water Street** <br> **York, PA 17405** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br> **210 York Street** <br> **York, Pennsylvania** <br><br> Describe the lien <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | **$13,186,832.84** | **$15,000,000.00** |

| | | |
|---|---|---|
| **3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | **$13,186,832.84** |

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Paul W. Minnich, Esquire** <br> **Barley Snyder** <br> **100 East Market Street** <br> **York, PA 17401** | Line **2.1** | |

Fill in this information to identify the case:

Debtor name **120 York, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:21-bk-00945**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74,154.73** | **Unknown** |
| --- | --- | --- | --- | --- |
|  | **York City Treasurer** | *Check all that apply.* |  |  |
|  | **101 S George Street** | ☐ Contingent |  |  |
|  | **1st Floor** | ☐ Unliquidated |  |  |
|  | **York, PA 17401** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,348.00** | **Unknown** |
| --- | --- | --- | --- | --- |
|  | **York County Treasurer** | *Check all that apply.* |  |  |
|  | **28 E Market Street** | ☐ Contingent |  |  |
|  | **Room 126** | ☐ Unliquidated |  |  |
|  | **York, PA 17401** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**ATIS Elevator Inspections, LLC**
**P.O. Box 790379**
**Saint Louis, MO 63179-0379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles E. Pritchard, Jr.**
**410 East Butter Road**
**York, PA 17404**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.92** |
|---|---|---|---|

**Cintas Corporation**
**P.O. Box 630803**
**Cincinnati, OH 45623-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.87** |
|---|---|---|---|

**Columbia Gas**
**P.O. Box 742537**
**Cincinnati, OH 45274-2537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$294.46** |
|---|---|---|---|

**Comcast**
**P.O. Box 3001**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00** |
|---|---|---|---|

**Gettle**
**P.O. Box 337**
**Emigsville, PA 17318-0337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.86** |
|---|---|---|---|

**J.C. Ehrlich Co., Inc.**
**P.O. Box 13848**
**Reading, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.12** |
|---|---|---|---|

**Kone Inc.**
**P.O. Box 7247**
**Philadelphia, PA 19170-6082**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,369.45** |
|---|---|---|---|

**MetEd**
**P.O. Box 3687**
**Akron, OH 44309-3687**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.82** |
|---|---|---|---|

**Penn Waste, Inc**
**P.O. Box 3066**
**York, PA 17402**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$603.20** |
|---|---|---|---|

**Travelers CL Remittance Center**
**PO BOX 660317**
**Dallas, TX 75266**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00** |
|---|---|---|---|

**Tree Monkeys**
**410 E. Butter Road**
**York, PA 17404**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$785.29** |
|---|---|---|---|

**Verizon**
**P.O. Box 28000**
**Lehigh Valley, PA 18002**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,917.00** |
|---|---|---|---|

**Walton & Company Inc.**
**P.O. Box 20069**
**York, PA 17402**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.23** |
|---|---|---|---|

**York Water Company**
**130 East Market Street**
**Box 15089**
**York, PA 17405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Sewer**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$704.67** |
|---|---|---|---|

**York Water Company**
**130 East Market Street**
**Box 15089**
**York, PA 17405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 81,502.73 |
| **5b. Total claims from Part 2** | 5b. + | $ | 30,624.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 112,127.62 |

Debtor name  **120 York, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  **1:21-bk-00945**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lessor of Non-Residential Real Estate** |
| State the term remaining | |
| List the contract number of any government contract | **Think Loud Development, LLC** <br> **210 York Street** <br> **Suite 100** <br> **York, PA 17403** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lessor of Non-Residential Real Estate** |
| State the term remaining | |
| List the contract number of any government contract | **Think Loud Entertainment, LLC** <br> **210 York Street** <br> **Suite 400** <br> **York, PA 17403** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lessor of Non-Residential Real Estate** |
| State the term remaining | |
| List the contract number of any government contract | **Think Loud Invesetments, LLC** <br> **210 York Street** <br> **Suite 400** <br> **York, PA 17403** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lessor of Non-Residential Real Estate** |
| State the term remaining | |
| List the contract number of any government contract | **Think Loud Music, LLC** <br> **210 York Street** <br> **Suite 104** <br> **York, PA 17403** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lessor of Non-Residential Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **United Fiber & Data**<br>**210 York Street**<br>**Suite 200**<br>**York, PA 17403** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lessor of Non-Residential Real Estate (basement)** | |
|---|---|---|---|
| | State the term remaining | | **United Fibert & Data**<br>**210 York Street**<br>**Suite 200**<br>**York, PA 17403** |
| | List the contract number of any government contract | | |

Debtor name  **120 York, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  **1:21-bk-00945**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **240 Arch Street, LLC** | **210 York Street**<br>**York, PA 17403** | **Kinsley Construction** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Chad Gracey** | **345 N Newberry Street**<br>**York, PA 17401** | **Kinsley Construction** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Chad Taylor** | **1429 Pickett Drive**<br>**Lancaster, PA 17601** | **Kinsley Construction** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Patrick Dahlheimer** | **1561 Frontenac Court**<br>**York, PA 17403** | **Kinsley Construction** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **William Hynes** | **337 Clearview Avenue**<br>**Lancaster, PA 17601** | **Kinsley Construction** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **120 York, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:21-bk-00945** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $22,757.52 |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other _____ | $214,301.54 |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | $787,874.96 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **William Hynes**<br>**337 Clearview Avenue**<br>**Nazareth, PA 18064**<br>**Member** | **March, 2021** | **$785.20** | **Credit Card Reimbursement** |

5. **Repossessions, foreclosures, and returns**
List each property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kinsley Construction, Inc. v. 120 York, LLC**<br>**2020-NO-005130** | **Confession of Judgment** | **York County Court of Common Pleas**<br>**45 N George Street**<br>**York, PA 17401** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Charles E. Pritchard, Jr. v. 120 York, LLC**<br>**MJ-19101-CV-0000041-2021** | **Civil** | **MDJ 19-1-01**<br>**Honorable Linda Williams**<br>**1285 EAst Princess Street**<br>**York, PA 17403** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Official Form 207
Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
page **2**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 1:21-bk-00945-HWV    Doc 42    Filed 05/26/21    Entered 05/26/21 16:21:36    Desc
Main Document    Page 19 of 32

# 120 York, LLC
## Transaction List by Vendor
### January through April 2021

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Allen Sparks** | | | | | | | |
| Bill Pmt -Check | 01/19/2021 | 33672 | | 10010 · Fulton Checking | X | 21000 · Accoun... | -12.48 |
| **Amazon** | | | | | | | |
| Credit Card Charge | 01/14/2021 | | Order #113-10... | 21300 · AMEX | | 65000 · Supplie... | -83.10 |
| Credit Card Charge | 02/19/2021 | | Order #113-10... | 21300 · AMEX | | 65000 · Supplie... | -28.96 |
| Credit Card Charge | 02/19/2021 | | Order #113-10... | 21300 · AMEX | | 65000 · Supplie... | -20.13 |
| **AMEX** | | | | | | | |
| Bill | 01/13/2021 | Jan Statement | | 21000 · Accounts Payable | | 21300 · AMEX | -42,778.90 |
| **ATIS Elevator Inspections, LLC** | | | | | | | |
| Bill Pmt -Check | 04/29/2021 | 33679 | | 10010 · Fulton Checking | | 21000 · Accoun... | -124.08 |
| **CINTAS** | | | | | | | |
| Bill | 01/07/2021 | 4072431141 | | 21000 · Accounts Payable | | 65000 · Supplie... | -178.53 |
| Bill | 01/14/2021 | 4073066650 | | 21000 · Accounts Payable | | 65000 · Supplie... | -46.93 |
| Bill Pmt -Check | 01/14/2021 | ONLINE | | 10010 · Fulton Checking | X | 21000 · Accoun... | -786.90 |
| Bill | 01/21/2021 | 4073642916 | | 21000 · Accounts Payable | | 65000 · Supplie... | -178.53 |
| Bill | 01/28/2021 | 4074363576 | | 21000 · Accounts Payable | | 65000 · Supplie... | -46.93 |
| Bill | 02/04/2021 | 4075017822 | | 21000 · Accounts Payable | | 65000 · Supplie... | -178.53 |
| Bill | 02/11/2021 | 4075674515 | | 21000 · Accounts Payable | | 65000 · Supplie... | -46.93 |
| Bill | 02/19/2021 | 4076324247 | | 21000 · Accounts Payable | | 65000 · Supplie... | -178.53 |
| Bill | 02/25/2021 | 4076962373 | | 21000 · Accounts Payable | | 65000 · Supplie... | -46.93 |
| Bill | 03/04/2021 | 4077641571 | | 21000 · Accounts Payable | | 65000 · Supplie... | -178.53 |
| Bill | 03/11/2021 | 4078309093 | | 21000 · Accounts Payable | | 65000 · Supplie... | -46.93 |
| Bill | 03/18/2021 | 4078968668 | | 21000 · Accounts Payable | | 65000 · Supplie... | -178.53 |
| Bill Pmt -Check | 03/23/2021 | ONLINE | | 10010 · Fulton Checking | | 21000 · Accoun... | -901.84 |
| Bill Pmt -Check | 03/25/2021 | 4079618215 | | 21000 · Accounts Payable | | 65000 · Supplie... | -46.93 |
| Bill Pmt -Check | 04/29/2021 | 33680 | | 10010 · Fulton Checking | | 21000 · Accoun... | -225.46 |
| **City of York, Sewer** | | | | | | | |
| Bill Pmt -CCard | 01/14/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -92.32 |
| Bill | 01/21/2021 | 170307-543172 | | 21000 · Accounts Payable | | 68600 · Utilities | -34.05 |
| Bill Pmt -CCard | 02/19/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -34.05 |
| Bill | 02/22/2021 | 170307-543172 | | 21000 · Accounts Payable | | 68600 · Utilities | -46.23 |
| Bill | 03/22/2021 | 170307-543172 | | 21000 · Accounts Payable | | 68600 · Utilities | -704.00 |
| Bill Pmt -Check | 04/29/2021 | 33681 | | 10010 · Fulton Checking | | 21000 · Accoun... | -46.23 |
| **Columbia Gas** | | | | | | | |
| Bill | 01/06/2021 | 19291895 001 000 4 | | 21000 · Accounts Payable | | -SPLIT- | -71.30 |
| Bill Pmt -Check | 01/19/2021 | 33673 | | 10010 · Fulton Checking | X | 21000 · Accoun... | -65.40 |
| Bill | 02/04/2021 | 19291895 001 000 4 | | 21000 · Accounts Payable | | 68600 · Utilities | -66.80 |
| Bill Pmt -CCard | 02/05/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -71.30 |
| Bill | 03/05/2021 | 19291895 001 000 4 | | 21000 · Accounts Payable | | -SPLIT- | -69.48 |
| Bill | 04/06/2021 | | 19291895 001 ... | 21000 · Accounts Payable | | 68600 · Utilities | -79.41 |
| Bill Pmt -CCard | 04/30/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -65.05 |
| **COMCAST** | | | | | | | |
| Bill Pmt -Check | 01/19/2021 | 33674 | | 10010 · Fulton Checking | X | 21000 · Accoun... | -576.55 |
| Bill | 01/26/2021 | 8993115700466863 | | 21000 · Accounts Payable | | 68600 · Utilities | -294.46 |
| Bill Pmt -CCard | 02/19/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -294.46 |
| Bill | 02/26/2021 | 8993115700466863 | | 21000 · Accounts Payable | | 68600 · Utilities | -294.46 |
| Bill | 03/26/2021 | | 8993 11 570 0... | 21000 · Accounts Payable | | 68600 · Utilities | -304.46 |
| Bill Pmt -CCard | 04/30/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -294.46 |
| **Hartman Fire Equipment** | | | | | | | |
| Bill Pmt -Check | 01/19/2021 | 33675 | | 10010 · Fulton Checking | X | 21000 · Accoun... | -191.86 |
| **JC Ehrlich Co., Inc.** | | | | | | | |
| Bill Pmt -CCard | 01/14/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -138.86 |
| Bill | 02/08/2021 | 1399283 | | 21000 · Accounts Payable | | 67500 · Bldg M... | -138.86 |
| Bill Pmt -Check | 04/29/2021 | 33682 | | 10010 · Fulton Checking | | 21000 · Accoun... | -138.86 |
| **KONE Inc** | | | | | | | |
| Bill | 01/01/2021 | 959748562 | | 21000 · Accounts Payable | | -SPLIT- | -596.75 |
| Bill Pmt -CCard | 01/14/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -558.44 |
| Bill | 02/01/2021 | 959774981 | | 21000 · Accounts Payable | | 67500 · Bldg M... | -581.06 |
| Bill Pmt -CCard | 02/05/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -596.75 |
| Bill | 03/01/2021 | 959800252 | | 21000 · Accounts Payable | | 67500 · Bldg M... | -581.06 |
| Bill | 03/26/2021 | 959826753 | | 21000 · Accounts Payable | | 67500 · Bldg M... | -581.06 |
| Bill Pmt -CCard | 04/30/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -581.06 |
| **Lowes** | | | | | | | |
| Credit Card Charge | 01/22/2021 | S2409DLR | | 21300 · AMEX | | 65000 · Supplie... | -30.19 |
| **Met Ed** | | | | | | | |
| Bill Pmt -CCard | 01/14/2021 | | STE B | 21300 · AMEX | | 21000 · Accoun... | -66.63 |
| Bill Pmt -CCard | 01/14/2021 | | Owner | 21300 · AMEX | | 21000 · Accoun... | -1,121.26 |
| Bill Pmt -CCard | 01/15/2021 | | LandLord | 21300 · AMEX | | 21000 · Accoun... | -1,128.39 |
| Bill Pmt -CCard | 01/15/2021 | | TLD 1st Floor | 21300 · AMEX | | 21000 · Accoun... | -109.84 |
| Bill Pmt -CCard | 01/15/2021 | | 2nd Floor | 21300 · AMEX | | 21000 · Accoun... | -155.37 |
| Bill Pmt -CCard | 01/15/2021 | | 2nd Floor | 21300 · AMEX | | 21000 · Accoun... | -36.27 |
| Bill | 01/22/2021 | 100 108 027 838 | STE B | 21000 · Accounts Payable | | -SPLIT- | -84.14 |
| Bill | 01/22/2021 | 100 106 776 311 | Owner | 21000 · Accounts Payable | | -SPLIT- | -1,248.84 |
| Bill | 01/22/2021 | 100 106 885 864 | LandLord | 21000 · Accounts Payable | | -SPLIT- | -1,200.82 |
| Bill | 01/22/2021 | 100 122 712 738 | TLD 1st Floor | 21000 · Accounts Payable | | -SPLIT- | -111.04 |
| Bill | 01/22/2021 | 100 122 712 746 | 2nd Floor | 21000 · Accounts Payable | | -SPLIT- | -159.43 |
| Bill | 01/22/2021 | 100 123 179 135 | 2nd Floor | 21000 · Accounts Payable | | -SPLIT- | -32.48 |
| Bill Pmt -CCard | 02/19/2021 | | 2nd Floor | 21300 · AMEX | | 21000 · Accoun... | -32.48 |
| Bill Pmt -CCard | 02/19/2021 | | 2nd Floor | 21300 · AMEX | | 21000 · Accoun... | -159.43 |
| Bill Pmt -CCard | 02/19/2021 | | TLD 1st Floor | 21300 · AMEX | | 21000 · Accoun... | -111.04 |
| Bill Pmt -CCard | 02/19/2021 | | LandLord | 21300 · AMEX | | 21000 · Accoun... | -1,200.82 |
| Bill Pmt -CCard | 02/19/2021 | | Owner | 21300 · AMEX | | 21000 · Accoun... | -1,248.84 |
| Bill Pmt -CCard | 02/19/2021 | | STE B | 21300 · AMEX | | 21000 · Accoun... | -84.14 |
| Bill | 02/22/2021 | 100 108 027 838 | STE B | 21000 · Accounts Payable | | 68600 · Utilities | -86.71 |
| Bill | 02/22/2021 | 100 122 712 738 | TLD 1st Floor | 21000 · Accounts Payable | | -SPLIT- | -113.26 |
| Bill | 02/22/2021 | 100 106 885 864 | LandLord | 21000 · Accounts Payable | | -SPLIT- | -3,089.03 |
| Bill | 02/22/2021 | 100 106 776 311 | Owner | 21000 · Accounts Payable | | -SPLIT- | -3,611.11 |
| Bill | 02/22/2021 | 100 122 712 746 | 2nd Floor | 21000 · Accounts Payable | | -SPLIT- | -437.72 |
| Bill | 02/22/2021 | 100 123 179 135 | 2nd Floor | 21000 · Accounts Payable | | -SPLIT- | -24.63 |
| Bill Pmt -Check | 03/22/2021 | EFT | LandLord | 10010 · Fulton Checking | | 21000 · Accoun... | -3,089.03 |

# 120 York, LLC
## Transaction List by Vendor
### January through April 2021

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Bill Pmt -Check | 03/22/2021 | EFT | Owner | 10010 · Fulton Checking | | 21000 · Accoun... | -3,611.11 |
| Bill Pmt -Check | 03/22/2021 | EFT | 2nd Floor | 10010 · Fulton Checking | | 21000 · Accoun... | -437.72 |
| Bill Pmt -Check | 03/22/2021 | EFT | 2nd Floor | 10010 · Fulton Checking | | 21000 · Accoun... | -24.63 |
| Bill Pmt -Check | 03/22/2021 | EFT | STE B | 10010 · Fulton Checking | | 21000 · Accoun... | -86.71 |
| Bill Pmt -Check | 03/22/2021 | EFT | TLD 1st Floor | 10010 · Fulton Checking | | 21000 · Accoun... | -113.26 |
| Bill | 03/24/2021 | 100 122 712 746 | 2nd Floor | 21000 · Accounts Payable | | -SPLIT- | -139.45 |
| Bill | 03/24/2021 | 100 106 776 311 | Owner | 21000 · Accounts Payable | | -SPLIT- | -987.07 |
| Bill | 03/24/2021 | 100 106 885 864 | LandLord | 21000 · Accounts Payable | | -SPLIT- | -1,034.04 |
| Bill | 03/24/2021 | 100 108 027 838 | STE B | 21000 · Accounts Payable | | -SPLIT- | -67.72 |
| Bill | 03/24/2021 | 100 122 712 738 | TLD 1st Floor | 21000 · Accounts Payable | | -SPLIT- | -115.86 |
| Bill | 03/24/2021 | 100123179135 | | 21000 · Accounts Payable | | -SPLIT- | -25.31 |
| **mexitaly** | | | | | | | |
| Credit Card Charge | 02/12/2021 | 802804 | scott | 21300 · AMEX | | 64300 · Meals a... | -66.78 |
| **Penn Waste Inc** | | | | | | | |
| Bill | 01/31/2021 | 0000745828 | | 21000 · Accounts Payable | | 68600 · Utilities | -260.82 |
| Bill Pmt -CCard | 02/05/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -260.82 |
| Bill Pmt -CCard | 02/19/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -260.82 |
| Bill | 02/28/2021 | 0000751759 | | 21000 · Accounts Payable | | 68600 · Utilities | -260.82 |
| Bill | 03/31/2021 | 0000757870 | | 21000 · Accounts Payable | | 68600 · Utilities | -260.82 |
| Bill Pmt -CCard | 03/31/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -260.82 |
| **Presto** | | | | | | | |
| Credit Card Charge | 02/09/2021 | 8858 | scott | 21300 · AMEX | | 64300 · Meals a... | -50.84 |
| **RKL LLP** | | | | | | | |
| Bill Pmt -Check | 01/19/2021 | 33676 | | 10010 · Fulton Checking | X | 21000 · Accoun... | -1,169.44 |
| Bill | 02/08/2021 | 338894 | | 21000 · Accounts Payable | | 66700 · Profess... | -480.00 |
| **Steakout** | | | | | | | |
| Credit Card Charge | 01/22/2021 | Steakout | | 21300 · AMEX | | 64300 · Meals a... | -30.99 |
| **Thomas H. Clingan Electrical Services LLC** | | | | | | | |
| Bill Pmt -Check | 01/19/2021 | 33677 | | 10010 · Fulton Checking | X | 21000 · Accoun... | -439.24 |
| **Travelers** | | | | | | | |
| Bill | 01/12/2021 | 0L813009 BA | Account 5686... | 21000 · Accounts Payable | | 63300 · Insuran... | -114.00 |
| Bill | 01/12/2021 | 3K569252 630 | Account 5686... | 21000 · Accounts Payable | | 63300 · Insuran... | -4,992.00 |
| Bill | 01/12/2021 | 15T50684 ZUP | Account 5686... | 21000 · Accounts Payable | | 63300 · Insuran... | -1,695.60 |
| Bill | 01/12/2021 | 0106836311 LB | Account 5686... | 21000 · Accounts Payable | | 63300 · Insuran... | -428.00 |
| Bill Pmt -CCard | 01/14/2021 | | | Bill's Credit Card | | 21000 · Accoun... | -7,229.60 |
| Bill | 02/09/2021 | 0L813009 BA | Account 5686... | 21000 · Accounts Payable | | 63300 · Insuran... | -38.00 |
| Bill | 02/09/2021 | 15T50684 ZUP | Account 5686... | 21000 · Accounts Payable | | 63300 · Insuran... | -565.00 |
| Bill | 02/09/2021 | 3K569252 630 | Account 5686... | 21000 · Accounts Payable | | 63300 · Insuran... | -4,992.00 |
| Bill Pmt -Check | 03/01/2021 | Online | | 10010 · Fulton Checking | | 21000 · Accoun... | -5,595.00 |
| Bill | 03/12/2021 | 5686W4214 | | 21000 · Accounts Payable | | -SPLIT- | -603.20 |
| **Tree Monkeys** | | | | | | | |
| Bill | 01/05/2021 | 734 | | 21000 · Accounts Payable | | 67300 · Subcon... | -175.00 |
| Bill | 01/05/2021 | 735 | | 21000 · Accounts Payable | | 67300 · Subcon... | -175.00 |
| Bill Pmt -Check | 01/19/2021 | 33678 | | 10010 · Fulton Checking | X | 21000 · Accoun... | -1,200.00 |
| Bill | 01/28/2021 | 739 | | 21000 · Accounts Payable | | 67300 · Subcon... | -175.00 |
| Bill | 01/28/2021 | 738 | | 21000 · Accounts Payable | | 67300 · Subcon... | -175.00 |
| Bill | 02/03/2021 | 741 | | 21000 · Accounts Payable | | 67300 · Subcon... | -1,650.00 |
| Bill | 02/11/2021 | 746 | | 21000 · Accounts Payable | | 67300 · Subcon... | -1,150.00 |
| Bill | 02/19/2021 | 751 | | 21000 · Accounts Payable | | 67300 · Subcon... | -1,850.00 |
| Bill | 02/23/2021 | 756 | | 21000 · Accounts Payable | | 67300 · Subcon... | -600.00 |
| **Verizon** | | | | | | | |
| Bill | 01/03/2021 | 250-171-570-0001-47 | | 21000 · Accounts Payable | | 68100 · Teleph... | -389.74 |
| Bill | 01/09/2021 | 450-171-328-0001-32 | | 21000 · Accounts Payable | | 68100 · Teleph... | -383.91 |
| Bill Pmt -CCard | 01/15/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -388.96 |
| Bill Pmt -CCard | 01/15/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -394.79 |
| Bill | 02/03/2021 | 250-171-570-0001-47 | | 21000 · Accounts Payable | | 68100 · Teleph... | -395.47 |
| Bill Pmt -CCard | 02/05/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -389.74 |
| Bill Pmt -CCard | 02/05/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -383.91 |
| Bill | 02/09/2021 | 450-171-328-0001-32 | | 21000 · Accounts Payable | | 68100 · Teleph... | -389.73 |
| Bill | 03/03/2021 | 250-171-570-0001-47 | | 21000 · Accounts Payable | | 68100 · Teleph... | -395.48 |
| Bill | 03/09/2021 | 450-171-328-0001-32 | | 21000 · Accounts Payable | | 68100 · Teleph... | -389.73 |
| Bill Pmt -CCard | 03/22/2021 | | | Bill's Credit Card | | 21000 · Accoun... | -395.47 |
| Bill Pmt -CCard | 03/22/2021 | | | Bill's Credit Card | | 21000 · Accoun... | -389.73 |
| Bill | 03/26/2021 | 250-171-570-0001-47 | 250-171-570-0... | 21000 · Accounts Payable | | 68100 · Teleph... | -395.82 |
| Bill | 04/01/2021 | | | 21000 · Accounts Payable | | 68100 · Teleph... | -6.09 |
| Bill Pmt -CCard | 04/30/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -791.30 |
| **Weis** | | | | | | | |
| Bill | 01/18/2021 | Receipt | | 21000 · Accounts Payable | | 64300 · Meals a... | -12.00 |
| Bill Pmt -CCard | 01/18/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -12.00 |
| Bill | 01/18/2021 | | | 21000 · Accounts Payable | | 64300 · Meals a... | 0.00 |
| **York Water Company** | | | | | | | |
| Bill | 01/11/2021 | 103967-347009 | | 21000 · Accounts Payable | | 68600 · Utilities | -76.60 |
| Bill | 01/11/2021 | 103976-347061 | | 21000 · Accounts Payable | | 68600 · Utilities | -93.01 |
| Bill Pmt -CCard | 01/15/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -178.14 |
| Bill | 02/11/2021 | 103976-347061 | | 21000 · Accounts Payable | | 68600 · Utilities | -93.34 |
| Bill | 02/11/2021 | 103967-347009 | | 21000 · Accounts Payable | | 68600 · Utilities | -83.13 |
| Bill Pmt -CCard | 02/19/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -169.61 |
| Bill | 03/12/2021 | 103976-347061 | | 21000 · Accounts Payable | | 68600 · Utilities | -93.92 |
| Bill | 03/12/2021 | 103967-347009 | | 21000 · Accounts Payable | | 68600 · Utilities | -434.28 |
| Bill Pmt -CCard | 04/30/2021 | | | 21300 · AMEX | | 21000 · Accoun... | -704.67 |

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cunningham, Chernicoff & Warshawsky**<br>**Po Box 60457**<br>**Harrisburg, PA 17106-0457** | | | **See Attached** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Rider to Statement Pursuant to 2016(b)
120 York, LLC - Case No. 21-00945
Chapter 11

Debtor has paid $10,540.40, as a retainer to Cunningham, Chernicoff & Warshawsky, P.C. and Debtor has paid the filing fee of $1,738.00. Any retainer will be credited against billings rendered for all services in connection to the within case and related matters. All services will be billed at Cunningham, Chernicoff & Warshawsky, P.C.'s hourly rates then in effect at the time of billing. Upon the retainer being utilized in full, any services not paid by the retainer will be billed to the Debtor at such hourly rates. Any additional billings will be submitted to the Court on Supplemental Statements or Applications as necessary. In the one year period prior to filing, the Debtor paid Cunningham, Chernicoff & Warshawsky, P.C. $40,671.59, for services in connection with current financial problems.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **RKL, LLP**<br>3501 Concord Road, Suite 250<br>York, PA 17402 | **2010 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | |
|---|---|
| | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Hynes** | **337 Clearview Avenue**<br>**Nazareth, PA 18064** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chad Taylor** | **1429 Pickett Drive**<br>**Lancaster, PA 17601** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Patrick Dahlheimer** | **1561 Frontenac Court**<br>**York, PA 17403** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Chad Gracey | 345 N Newberry Street York, PA 17401 | Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **William Hynes 337 Clearview Avenue Nazareth, PA 18064** | $785.20 | March, 2021 | Credit Card Reimbursement |
| | **Relationship to debtor Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|---------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|---------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __05/26/2021__

_____          **William Hynes**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **120 York, LLC**          Case No.    **1:21-bk-00945**

Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept        $    **See Attached**

   Prior to the filing of this statement I have received        $    **See Attached**

   Balance Due        $    **See Attached**

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5-26-21

Date

Robert E. Chernicoff, Esquire 23380
*Signature of Attorney*
**Cunningham, Chernicoff & Warshawsky, P.C.**
**2320 North Second Street**
**Harrisburg, PA 17110**
**(717) 238-6570  Fax: (717) 238-4809**
*Name of law firm*

---

Rider to Statement Pursuant to 2016(b)
120 York, LLC - Case No. 21-00945
Chapter 11

Debtor has paid $10,540.40, as a retainer to Cunningham, Chernicoff & Warshawsky, P.C. and Debtor has paid the filing fee of $1,738.00. Any retainer will be credited against billings rendered for all services in connection to the within case and related matters. All services will be billed at Cunningham, Chernicoff & Warshawsky, P.C.'s hourly rates then in effect at the time of billing. Upon the retainer being utilized in full, any services not paid by the retainer will be billed to the Debtor at such hourly rates. Any additional billings will be submitted to the Court on Supplemental Statements or Applications as necessary. In the one year period prior to filing, the Debtor paid Cunningham, Chernicoff & Warshawsky, P.C. $40,671.59, for services in connection with current financial problems.

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re    __120 York, LLC__ _____    Case No.    __1:21-bk-00945__

                          Debtor(s)                 Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __05/26/2021__ _____

                                    _____

                                    **William Hynes/Manager**
                                    Signer/Title

120 YORK, LLC
210 YORK STREET
SUITE 100
YORK, PA 17403

KONE INC.
P.O. BOX 7247
PHILADELPHIA, PA 19170-6082

UNITED FIBER & DATA
210 YORK STREET
SUITE 200
YORK, PA 17403

ROBERT E. CHERNICOFF, ESQUIRE
CUNNINGHAM, CHERNICOFF & WARSHAWSKY, PC
2320 NORTH SECOND STREET
HARRISBURG, PA 17110

METED
P.O. BOX 3687
AKRON, OH 44309-3687

UNITED FIBERT & DATA
210 YORK STREET
SUITE 200
YORK, PA 17403

ATIS ELEVATOR INSPECTIONS, LLC
P.O. BOX 790379
SAINT LOUIS, MO 63179-0379

PAUL W. MINNICH, ESQUIRE
BARLEY SNYDER
100 EAST MARKET STREET
YORK, PA 17401

VERIZON
P.O. BOX 28000
LEHIGH VALLEY, PA 18002

CHARLES E. PRITCHARD, JR.
410 EAST BUTTER ROAD
YORK, PA 17404

PENN WASTE, INC
P.O. BOX 3066
YORK, PA 17402

WALTON & COMPANY INC.
P.O. BOX 20069
YORK, PA 17402

CINTAS CORPORATION
P.O. BOX 630803
CINCINNATI, OH 45623-0803

THINK LOUD DEVELOPMENT, LLC
210 YORK STREET
SUITE 100
YORK, PA 17403

YORK CITY TREASURER
101 S GEORGE STREET
1ST FLOOR
YORK, PA 17401

COLUMBIA GAS
P.O. BOX 742537
CINCINNATI, OH 45274-2537

THINK LOUD ENTERTAINMENT, LLC
210 YORK STREET
SUITE 400
YORK, PA 17403

YORK COUNTY TREASURER
28 E MARKET STREET
ROOM 126
YORK, PA 17401

COMCAST
P.O. BOX 3001
SOUTHEASTERN, PA 19398

THINK LOUD INVESETMENTS, LLC
210 YORK STREET
SUITE 400
YORK, PA 17403

YORK WATER COMPANY
130 EAST MARKET STREET
BOX 15089
YORK, PA 17405

GETTLE
P.O. BOX 337
EMIGSVILLE, PA 17318-0337

THINK LOUD MUSIC, LLC
210 YORK STREET
SUITE 104
YORK, PA 17403

J.C. EHRLICH CO., INC.
P.O. BOX 13848
READING, PA 19612

TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266

KINSLEY CONSTRUCTION
2700 WATER STREET
YORK, PA 17405

TREE MONKEYS
410 E. BUTTER ROAD
YORK, PA 17404