IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:21-bk-00945-HWV |
| 120 YORK, LLC | : | |
| | : | Chapter 11 |
| Debtor | : | |

**NOTICE OF REMOTE WITNESS APPEARANCE**

Undersigned counsel respectfully advises the Court that Steve Winnie will appear remotely via Zoom at the hearing currently scheduled for Tuesday, June 15, 2021, at 10:30 a.m., to provide testimony regarding the Debtor's Motion for Approval to Lease Real Property [Doc 48], as he is employed outside of the Harrisburg, Pennsylvania area.

        Respectfully submitted:

        CUNNINGHAM, CHERNICOFF
        & WARSHAWSKY, P.C.

        By: /s/ Robert E. Chernicoff
         Robert E. Chernicoff, Esquire
         Attorney I.D. No. 23380
         2320 North Second Street
         P. O. Box 60457
         Harrisburg, PA 17106-0457
         (717) 238-6570

Date: June 11, 2021