IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No.  1:21-bk-00945-HWV |
| 120 YORK, LLC | : | |
| | : | Chapter 11 |
| Debtor | : | |

## APPLICATION TO APPROVE EMPLOYMENT OF APPRAISER

The Application of 120 York, LLC ("Debtor"), to Approve Employment of Jeff Walters and Walters Appraisal Services, Inc., as appraiser, is as follows:

1. On April 27, 2021, Debtor filed Petitions under Chapter 11 of the Bankruptcy Code (the "Cases").

2. The Debtor is in possession of its property and as Debtor-in-Possession is now operating its business and managing its property.

3. Debtor, as Debtor-in-Possession, finds it necessary to employ an appraiser wishes to employ Jeff Walters and Walters Appraisal Services, Inc. ("Walters") 601 North Front Street, Harrisburg, Pennsylvania.

4. The Debtor owns property located at and known as 210 York Street, City of York, York, Pennsylvania (the "Real Property").

5. Debtor believes that the engagement of Walters as an appraiser for the Real Property is necessary for the Debtor's reorganization.

6. Walters is certified general appraiser, with an address at 601 North Front Street, Harrisburg, Pennsylvania. Walters is experienced in the appraisal business.

7. Walters will charge a flat rate of $8,000.00, for the appraisal (the "Fees"). The Debtor is not required to pay any amount in advance. Such Fees are comparable to the fees charged by Walters in comparable non-bankruptcy situations.

8. Notwithstanding anything contained in the Agreement between the Debtor and Walters, Walters shall not be entitled to compensation from the Debtor's estate for the defense of any challenge to fees payable to Walters.

9. Debtor believes that the engagement of Walters as an appraiser, as set forth above, is in the best interests of its estate, and is necessary to its reorganization.

10. Based upon the Verification of Jeff Walters on behalf of Walters Appraisal Services, Inc., the Debtor believes that Walters is disinterested as to the Debtor.

11. It is requested that the Fees to be charged by the Appraiser be approved without the filing of a Fee Application.

**WHEREFORE**, 120 York, LLC, Debtor herein, respectfully requests that this Honorable Court enter an Order approving the engagement of Jeff Walters and Walters Appraisal Services, Inc. for services as an appraiser with respect to property located at and known as 210 York Street, City of York, York, Pennsylvania, and for such other and further relief as is just and proper.

Respectfully submitted:

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.

By: /s/ Robert E. Chernicoff
Robert E. Chernicoff, Esquire
Attorney I.D. No. 23380
2320 North Second Street
P. O. Box 60457
Harrisburg, PA 17106-0457
(717) 238-6570

Date: July 7, 2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : No. 1:21-bk-0-HWV
120 YORK, LLC :
:
:
Debtor : Chapter 11

**VERIFICATION PURSUANT TO FED.R.BANKR.P. 2014,
IN SUPPORT OF DEBTOR'S APPLICATION TO RETAIN
WALTERS APPRAISAL SERVICES, INC.**

I, Jeff Walters, hereby make the following verified statements:

1. I am a licensed and certified appraisal with Walters Appraisal Services, Inc. ("Walters").

2. Walters has no connection to any party in the above-referenced Chapter 11 case, including without limitation to the Debtor, its creditors, any other parties in interest, the United States Trustee, or any other person employed in the office of the United State Trustee, or any other party with actual or potential interest in this Chapter 11 case or their respective attorneys, accountants or financial advisors.

3. The undersigned is not aware of any conflict or potential conflict relating to the employment of Walters to matters in this case. I believe Walters is disinterested as to the Debtors' case.

4. I understand that monetary compensation to Walters for fees and expenses incurred in this case may be subject to further approval of this Court, after appropriate notice and hearing.

5. The factual statements set forth in this Verification have been made based on a personal review by me and our staff to the list of insiders and creditors of the Debtor. This effort did not reveal any potential conflicts.

I verify, under penalty of perjury under the laws of the Commonwealth of Pennsylvania and the United States of America, that the foregoing is true and correct.

7/6/21

Jeff Walters
Walters Appraisal Services, Inc.
601 N. Front Street
Harrisburg, PA 17101
717-234-0540
jwalters@waltersappraisal.com

Dated: