IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:21-bk-00945-HWV |
| 120 YORK, LLC | : | |
| | : | |
| Debtor | : | Chapter 11 |

# ORDER

The Application of 120 York, LLC, the above-named Debtor, praying for approval of its engagement of Jeff Walters and Walters Appraisal Services, Inc., as appraiser with respect to the Debtor's Real Property, having come this day before the Court, and it appearing that Jeff Walters and Walters Appraisal Services, Inc. is qualified to act as an appraiser in the Commonwealth of Pennsylvania, and it appearing that the engagement of Jeff Walters and Walters Appraisal Services, Inc., as an appraiser with respect to the Real Property of the Debtor is necessary and would be in the best interest of the estate; it is

**HEREBY ORDERED** that the engagement by 120 York, LLC, of Jeff Walters and Walters Appraisal Services, Inc., as an appraiser with respect to the appraisal of real estate owned by the Debtor, is approved, subject to the provisions of 11 U.S.C. §330 and Rule 2016 of the Rules of Bankruptcy Procedure.